IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DALLAS WELDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:15CV449-WHA-GMB |
| v. | ) |
| | ) |
| SEC RESTAURANT GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This cause is before the court on the Report and Recommendation of the Magistrate Judge, to which no timely objection has been filed. Upon consideration of the Report and Recommendation, a review of the file, and no objections having been made, it is hereby ORDERED as follows:

1. The Recommendation is Adopted and the Motion for Entry of Default Judgment against SEC Restaurant Group, Inc. (Doc. #29) is GRANTED in part and DENIED in part.

2. The following injunctive relief is imposed on SEC Restaurant Group, Inc. at the Pizza Hut property operated at 4581 U.S. 280, Alexander City, Alabama, to be accomplished within 90 days of this Order.

    a. Provide accessible parking spaces marked with an upright sign containing the International Symbol of Accessibility;

    b. Designate accessible parking spaces on the shortest route of travel to

1

      an accessible entrance;

c. Correct the curb ramp's slope, rise, side slope, and changes in level;

d. Reduce the amount of force required to open the entrance to the men's restroom;

e. Correct the distance from the toilet in the men's restroom to the adjacent side wall;

f. Reduce the height of the urinal in the men's restroom;

g. Correct the location of the flush control on the toilet in the men's restroom;

h. Install a rear wall grab bar servicing the toilet in the men's restroom;

i. Correct the faucet controls in the men's restroom.

j. Weldon is awarded attorney's fees in the amount of $5,827.50.

A separate Judgment will be entered in accordance with this Order.

Done this 3rd day of November, 2016.

                                  /s/ W. Harold Albritton  
                                W.   HAROLD ALBRITTON  
                                SENIOR UNITED STATES DISTRICT JUDGE